# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 30, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

133665

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

NGUYEN NGODTU CHU,
     Defendant-Appellant.

SC: 133665
COA: 276491
Kent CC: 00-011090-FC

_____/

     On order of the Court, the application for leave to appeal the March 21, 2007 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G).



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 30, 2007

_____
Clerk

d0723